No. 596. KENNEDY *v.* LAINSON, WARDEN. November 20, 1944. Petition for writ of certiorari to the District Court of the United States for the Southern District of Iowa denied for want of jurisdiction. 28 U. S. C. 463 (a).

No. 603. HOUGH *v.* CALIFORNIA. November 20, 1944. Petition for writ of certiorari to the Supreme Court of California denied. The motion for a stay is also denied. *Mr. Morris Lavine* for petitioner. *Messrs. Robert W. Kenny,* Attorney General of California, and *Frank W. Richards,* Deputy Attorney General, for respondent.

Nos. 599 and 600. LIND ET AL. *v.* COE, COMMISSIONER OF PATENTS. December 4, 1944. Petition for writs of certiorari to the United States Court of Appeals for the District of Columbia denied. *Messrs. Nelson Littell, Robert C. Watson,* and *Francis G. Cole* for petitioners. *Solicitor General Fahy, Assistant Attorney General Shea,* and *Messrs. Joseph Y. Houghton* and *W. W. Cochran* for respondent.

No. 612. SPENCER, WHITE & PRENTIS, INC. *v.* COMMISSIONER OF INTERNAL REVENUE. December 4, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Edgar A. B. Spencer* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key, J. Louis Monarch,* and *Harry Baum* for respondent.